### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PATRICK D. LOMAS, | ) |
| Petitioner, | ) |
| v. | ) CIV-05-1069-R |
| BUREAU OF PRISONS, | ) |
| Respondent. | ) |

### O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Valerie K. Couch entered January 11, 2006. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Moreover, Petitioner has still not submitted a motion for leave to proceed *in forma pauperis* on the proper form including the required financial information and certification by an authorized officer of the penal institution where Petitioner is incarcerated. Therefore, the Report and Recommendation is ADOPTED in its entirety and this action is DISMISSED without prejudice to refiling.

It is so ordered this 1st day of February, 2006.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE